IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 4:18-CR-40-CDL-MSH |
| : | |
| JOSEPH FREDRICK KEGLER : | |
| : | |
| Defendant. : | |

## CONSENT ORDER

Defendant was indicted on November 13, 2018, ECF No. 1, and arraigned on December 6, 2018, ECF No. 9. A pretrial conference is currently scheduled for January 2, 2019. The parties have jointly asked for additional time to finalize a potential agreement. They also request that a change of plea hearing be scheduled for January 24, 2019 at 2:00 p.m.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the March 2019 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B).

SO ORDERED, this **28th** day of **December, 2018**.

 s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA